# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2016

152826

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SHAWN ANTHONY YOUNG,
        Defendant-Appellant.

SC: 152826
COA: 329582
Calhoun CC: 03-003376-FC

_____/

On order of the Court, the application for leave to appeal the November 5, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2016



Clerk

a1121